IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERRY KING,

    Petitioner,

  v.

                                    Case No. 19-cv-937-jdp

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Perry King's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and closing this case.

| /s/ | 11/3/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |