UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PERRY KING,

    Petitioner,

V.                                19-937-jdp

MATTHEW MARSKE,

    Respondent,

## NOTICE OF APPEAL

    Notice is hereby given that Perry King hereby appeals to the United States District Court for the Western District of Wisconsin the District Court's denial of his 28 U.S.C. § 2241 on the __ day of November, 2020.

                                                    Respectfully Submitted

                                                    /s/ Perry King  46365-424
                                                    Perry King
                                                    Reg. No. 46365-424
                                                    FCI Oxford
                                                    P.O. BOX 1000
                                                    Oxford, Wis. 53952

## CERTIFICATE OF SERVICE

    The undersinged hereby certifies that a copy of the foregoing was mailed, postage prepaid, this __ day of December 2020, to the United States District Court of Wisconsin Western District, 120 North Henry Street, RM. 320 Madison, Wisconsin 53703.

                                                    Petitioner